No opinion. Appeal dismissed, with $10 costs. Appeal should be from the judgment, and not from the order.

MOHR v. GEORGI. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Minnie Mohr against Otto H. Georgi. No opinion. Motion denied, with $10 costs.

MORAN, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Peter J. Moran, as administrator, against the Manhattan Transit Company. G. S. Graham, for appellant. A. F. Clark, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $2,609.94, in which event judgment, as so modified, and order, affirmed, without costs.

MORAN v. MANHATTAN TRANSIT CO. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Peter J. Moran against the Manhattan Transit Company. No opinion. Motion denied, with $10 costs.

MORRISON et al., Respondents, v. YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Solomon Morrison and another against Daniel York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS and HISCOCK, JJ., dissent.

MOTT, Appellant, v. DE NISCO, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Emma L. B. Mott against Carmine De Nisco. No opinion. Reargument ordered, and case set down for June 7, 1905.

MULLER v. MULLER. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Frank W. Muller against George J. Muller. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

MULLIGAN v. HARLAM. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Thomas F. Mulligan against Edward M. Harlam. No opinion. Motion denied, with $10 costs.

MULLIN, Respondent, v. VAN DUZER, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Francis B. Mullin against Maria J. Van Duzer, individually and as executrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURPHY, Appellant, v. BISHOP & BABCOCK CO., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Margaret Murphy, as administratrix, against the Bishop & Babcock Company. G. W. Miller, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment affirmed, with costs.

MURRAY v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by George Murray against the Metropolitan Street Railway Company. No opinion. Motion denied, on payment of $20 costs.

In re MUSGRAVE. (Supreme Court, Appellate Division, First Department. May 20, 1905.) In the matter of Francis E. Musgrave. R. R. Moffatt, for appellant. F. Bien, for appellee. No opinion. Order affirmed, with $10 costs and disbursements.

NAPOLETANO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Joseph Napoletano, an infant, etc., against the Brooklyn Heights Railway Company.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, on the ground of want of power in the court below to grant the same, and, as modified, judgment and order unanimously affirmed, without costs of this appeal to either party.

NATHAN v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Arthur J. Nathan against the Metropolitan Street Railroad Company. No opinion. Motion denied.

NATIONAL FIRE INS. CO., Respondent, v. HUGHES, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by the National Fire Insurance Company against William Hughes. No opinion. Judgment affirmed, with costs.

NATIONAL REFINING CO. v. WATKINS. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by the National Refining Company against Charles C. Watkins, Jr. No opinion. Motion granted, with $10 costs.

NAUGHTON, Respondent, v. METROPOLITAN STREET RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Michael J. Naughton against the Metropolitan Street Railway Company. B. H. Ames, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with costs.

In re NEKARDA. (Supreme Court, Appellate Division, First Department. April 14, 1905.) In the matter of Francis J. Nekarda. No opinion. Motion for order to show cause granted.

In re NEKARDA. (Supreme Court, Appellate Division, First Department. April 20, 1905.) In the matter of Francis J. Nekarda. No opinion. Reference ordered.